**AUDET & PARTNERS, LLP**
MARK BURTON (SBN 154061)
  Email: mburton@audetlaw.com
MICHAEL McSHANE (SBN 127944)
  Email: mmcshane@audetlaw.com
221 Main Street, Suite 1460
San Francisco, CA 94105
(415) 568-2555 Telephone
(415) 568-2556 Facsimile

**ZIMMERMAN REED, LLP**
CALEB MARKER (SBN 269721)
  Email: caleb.marker@zimmreed.com
HANNAH P. BELKNAP (SBN 294155)
  Email: hannah.belknap@zimmreed.com
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MICHAEL GONZALES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation, UBER USA, LLC, a Delaware limited liability company, RAISER-CA, a Delaware limited liability company, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 3:17-CV-02264<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>(Assigned Hon. Jacqueline Scott Corley) |

**TO ALL PARTIES** AND THEIR ATTORNEYS OF RECORD:

Plaintiff Michael Gonzales hereby removes Hannah P. Belknap formerly of Zimmerman Reed LLP as one of his attorney of record, as she is no longer with the firm. Counsel of record shall remain Mark Burton and Michael McShane, Audet & Partners, LLP. 221 Main Street, Suite 1460, San Francisco, CA 94105 emails addresses mburton@audetlaw.com and mmcshane@audetlaw.com, and Caleb Marker, Zimmerman Reed LLP, 2381 Rosecrans Avenue, Suite 328, Los Angeles, CA 90245, email Caleb.Marker@zimmreed.com.

Please address all future correspondence and documentation to Mr. Mark Burton, Michael McShane and Caleb Marker.

**ZIMMERMAN REED, LLP**

Dated: June 8, 2017       By:    /s/ Caleb Marker
Caleb Marker
  caleb.marker@zimmreed.com
Hannah P. Belknap
  hannah.belknap@zimmreed.com
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
Tel. (877) 500-8780
Fax (877) 500-8781

Mark Burton
  mburton@audetlaw.com
Michael McShane
  mmcshane@audetlaw.com
**AUDET & PARTNERS, LLP**
221 Main Street, Suite 1460
San Francisco, CA 94105
Tel. (415) 568-2555
Fax (415) 568-2556

*Counsel for Plaintiff and the Class*

NOTICE OF CHANGE OF COUNSEL                                                                 1