| | |
|---|---|
| 1 | Michael A. McShane, SBN 127944 |
| | Mark E. Burton, Jr., SBN 178400 |
| 2 | AUDET & PARTNERS, LLP |
| | 711 Van Ness, Suite 500 |
| 3 | San Francisco, CA 94102-3229 |
| | Tel: 415.568.2555 | Fax: 415.568.2556 |
| 4 | mmcshane@audetlaw.com |
| | mburton@audetlaw.com |
| 5 | |
| | Caleb Marker, SBN 269721 |
| 6 | Hannah P. Belknap, SBN 294155 |
| | ZIMMERMAN REED LLP |
| 7 | 2381 Rosecrans Avenue, Suite 328 |
| | Manhattan Beach, CA 90245 |
| 8 | Tel: 877.500.8780 | Fax: 877.500.8781 |
| | caleb.marker@zimmreed.com |
| 9 | hannah.belknap@zimmreed.com |
| 10 | Attorneys for Plaintiff |
| | MICHAEL GONZALES |
| 11 | |
| 12 | Patrick L. Oot, Jr., (Admitted *pro hac vice*) |
| | SHOOK, HARDY & BACON L.L.P. |
| 13 | 1155 F STREET NW, SUITE 200 |
| | Washington, D.C. 20004 |
| 14 | Tel: 202.783.8400 | Fax: 202.783.4211 |
| | oot@shb.com |
| 15 | John K. Sherk, SBN 295838 |
| | Annie Y.S. Chuang, SBN 196307 |
| 16 | One Montgomery, Suite 2700 |
| | San Francisco, California 94104 |
| 17 | Telephone:     415.544.1900 |
| | Facsimile:     415.391.0281 |
| 18 | jsherk@shb.com | achuang@shb.com |
| 19 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 22 | MICHAEL GONZALES, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-02264-JSC |
| 23 | | |
| | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT** |
| 24 | | |
| 25 | v. | |
| 26 | UBER TECHNOLOGIES, INC., a Delaware corporation, UBER USA, LLC, a Delaware limited liability company, RAISER-CA, a Delaware limited liability company, and DOES 1-10, inclusive., | |
| 27 | | |
| 28 | | |

1  Defendants.
2
3
4
5
6
7
8  Plaintiff Michael Gonzales ("Plaintiff") and Defendants Uber Technologies, Inc., Uber USA, LLC, and Rasier-CA ("Uber Defendants") (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate as follows:

On August 31, 2017, the Court Granted Defendants Motion to Dismiss with leave to amend the Complaint by Septmber 14, 2017. (Dkt. 27)

Due to travel obligations and scheduling conflicts, Plaintiff requests additional time to amend his complaint.  The requested extension would not impact any currently set dates in the case.

Therefore, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, **IT IS HEREBY STIPULATED AND AGREED**, by the Parties through their respective counsel of record that Plaintiffs time to amend the Complaint shall be extended from September 14, 2017 to September 29, 2017.

IT IS SO STIPULATED.

Dated:  June 29, 2017                Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.


By:   */s/ John K. Sherk*
         JOHN K. SHERK
         ANNIE Y.S. CHUANG

         Attorneys for Defendants
         Uber Technologies, Inc., Uber
         USA, LLC, and Rasier-CA

---

STIPULATION AND [~~PROPOSED~~] ORDER                 1                CASE NO. 3:17-cv-02264-JSC

1  Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained
2  from the other signatories.

3

4                                          By:    */s/ Caleb Marker*
5                                                 CALEB MARKER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 14, 2017

_____
HONORABLE JACQUELINE SCOTT CORLEY