Patrick L. Oot, Jr., (Admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
1155 F STREET NW, SUITE 200
Washington, D.C. 20004
Tel: 202.783.8400 | Fax: 202.783.4211
oot@shb.com

John K. Sherk, SBN 295838
Annie Y.S. Chuang, SBN 196307
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:     415.544.1900
Facsimile:     415.391.0281
jsherk@shb.com | achuang@shb.com

Attorneys for Defendants
Uber Technologies, Inc., Uber USA, LLC,
and Rasier-CA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GONZALES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., a Delaware corporation, UBER USA, LLC, a Delaware limited liability company, RAISER-CA, a Delaware limited liability company, and DOES 1-10, inclusive.,<br><br>    Defendants. | Case No. 3:17-cv-02264-JSC<br><br>**DEFENDANTS UBER TECHNOLOGIES, INC., UBER USA, LLC, AND RASIER-CA, LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Defendants Uber Technologies, Inc.; Uber USA, LLC; and Rasier-CA, LLC ("Defendants") hereby state that Uber Technologies, Inc. is a privately held corporation and is not a subsidiary of any entity. SB Cayman 2 Ltd., a private company, owns more than ten percent of Uber Technologies, Inc.'s outstanding stock. SB Cayman 2 Ltd. is a subsidiary of Softbank Group Corp., a publicly traded corporation. Uber USA, LLC and Rasier, LLC are wholly-owned subsidiaries of Uber Technologies, Inc. Rasier-CA, LLC, is a wholly-owned subsidiary of Rasier, LLC.  Defendants further state that, apart from the named parties to this action, they do not believe there are other persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated:  February 20, 2018              Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By:   */s/ John K. Sherk*
         PATRICK L. OOT, JR.
         JOHN K. SHERK
         ANNIE Y.S. CHUANG

         Attorneys for Defendants
         Uber Technologies, Inc., Uber
         USA, LLC, and Rasier-CA, LLC