UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br>　　　Plaintiff,<br>　v.<br>UBER TECHNOLOGIES, INC., et al.,<br>　　　Defendants. | Case No.  17-cv-02264-JSC<br><br>**JUDGMENT** |

　　　The Court having granted Defendants' Motion to Dismiss Plaintiff's Stored Communications Act claim with prejudice by Order filed September 26, 2018, enters judgment in favor of Defendants and against Plaintiff on that claim.  In a previous Order filed April 18, 2018, (Dkt. No. 51), the Court granted Defendants' Motion to Dismiss Plaintiff's California Invasion of Privacy Act claim with prejudice and Plaintiff's federal Wiretap Act claim with leave to amend.  Plaintiff failed to amend the latter in his Second Amended Complaint; accordingly, the Court enters judgment in favor of Defendants and against Plaintiff on both claims.

　　　**IT IS SO ORDERED.**

Dated:  September 27, 2018

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge